UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PRATHAM HIRENBHAI MISTRI | Case No. 1:25-MJ-91-PAS<br><br>Filed Under Seal |

# MOTION TO UNSEAL

The United States of America, by and through its attorneys, Sara Miron Bloom, First Assistant United States Attorney, and Denise M. Barton, Assistant United States Attorney, moves that the above captioned case, and the Complaint and Arrest Warrant, be unsealed. The defendant has been arrested on the complaint and the reasons for sealing no longer exist.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

SARA MIRON BLOOM
First Assistant United States Attorney

*Denise M. Barton*

_____
DENISE M. BARTON
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: Denise.Barton@usdoj.gov

SO ORDERED:

_____
PATRICIA A. SULLIVAN
UNITED STATES MAGISTRATE JUDGE

DATE: _____

## CERTIFICATION OF SERVICE

      On this 18th day of December, 2025, I certify that the within Motion to Seal has been served via email to the following parties:

                                                                           _____
                                                                           DENISE M. BARTON
                                                                           Assistant U.S. Attorney
                                                                           U.S. Attorney's Office
                                                                           One Financial Plaza, 17th Floor
                                                                           Providence, RI 02903
                                                                           Tel (401) 709-5000
                                                                           Fax (401) 709-5001
                                                                           Email: Denise.Barton@usdoj.gov